# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:25-cr-69 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| MARC ALLEN BLAIR, ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 145) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count Eight of the thirty-four count Indictment; (2) accept Defendant's guilty plea to Count Eight of the thirty-four count Indictment; (3) adjudicate Defendant guilty of aiding and abetting possession with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846; and (4) order that Defendant remain in custody pending sentencing or further order of the Court. (*Id.*)

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 145) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count Eight of the thirty-four count Indictment is **GRANTED**;

1

2. Defendant's plea of guilty to Count Eight of the thirty-four count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of aiding and abetting possession with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846; and

4. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter, which is scheduled to take place on **March 27, 2026, at 9:00 a.m. EST** before the undersigned.

**SO ORDERED.**

*/s/ Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**